# United States Court of Appeals
## For the First Circuit

No. 23-1675

UNIVERSITAS EDUCATION, LLC,

Plaintiff, Appellee,

v.

LILLIAN GRANDERSON, as successor to Jack E. Robinson, III,

Defendant, Appellant,

JACK E. ROBINSON, III,

Third Party Plaintiff,

v.

LOEB & LOEB LLP,

Third Party Defendant.

**ERRATA SHEET**

The opinion of this Court issued on April 15, 2024, is amended as follows:

On page 35, line 6, replace "of" with "or"

On page 35, line 8, insert "of" between "Suggestion" and "Death"